# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>            Plaintiff,<br><br>  v.<br><br>THRIFTY PAYLESS INC., et al.,<br><br>            Defendants. | CASE NO:  08-CV-1106 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR SERVICE** |

    Pending before the Court is the parties' joint motion to allow Plaintiff Barbara Hubbard ("Plaintiff") to amend the Complaint.  Additionally, the parties' have jointly moved for an additional 30 day extension of time for Plaintiff to serve Defendant Rancho Palomar, LP.  Good cause appearing, the Court **GRANTS** the motion. (Doc. No. 17.)  Defendant Thrifty Payless, Inc. shall not be required to file an answer to the amended complaint.  Further, Plaintiff shall have until **January 1, 2008**, to serve Rancho Palomar, LP.

    **IT IS SO ORDERED.**

DATED:  December 16, 2008

                                                           Hon. Thomas J. Whelan<br>
                                                           United States District Judge